**Wilfredo Gonzalez LORA,
Plaintiff—Appellant,**

v.

**Thomas M. HOLLENHORST, Assistant
United States Attorney, personal and
official capacity; William Fitzpatrick,
Special Assistant United States Attor-
ney, official and personal capacity;
Eugene Rossi, Special Assistant Unit-
ed States Attorney; Timothy
McGrath, Special Agent for the Drug
Enforcement Administration, official
and personal capacity, Defendants—
Appellees.**

No. 04–1184.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 26, 2004.

Decided Sept. 1, 2004.

Wilfredo Gonzalez Lora, Appellant pro
se. Leslie Bonner McClendon, Office of
the United States Attorney, Alexandria,
Virginia, for Appellees.

Before WIDENER and SHEDD,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

**PER CURIAM:**

Wilfredo Gonzalez Lora appeals the dis-
trict court's orders dismissing his breach
of contract action pursuant to Fed.R.Civ.P.
12(b)(1), and denying his motion filed un-
der Fed.R.Civ.P. 59(e). We have reviewed
the record and find no reversible error.
Accordingly, we affirm on the reasoning of
the district court. *See Lora v. Hollen-
horst,* No. CA–03–449–AM (E.D. Va. filed
Oct. 28, 2003 & entered Oct. 29, 2003; filed
Nov. 17, 2003 & entered Nov. 18, 2003).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED*